UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOCIETY OF ST. VINCENT DE
PAUL IN THE ARCHDIOCESE
OF DETROIT, a Michigan Nonprofit
Organization, PLANET AID, a
Massachusetts Nonprofit Corporation,
And INSTITUTE FOR INTERNATIONAL
COOPERATION AND DEVELOPMENT,
MICHIGAN, a Michigan Nonprofit Corporation,

       Plaintiffs,

v.                                       Case No. 13-CV-14004
                                       Honorable Denise Page Hood

AMERICAN TEXTILE RECYCLING
SERVICES, d/b/a ATRS, a Houston
Corporation,

       Defendant.
_____/

## ORDER AMENDING THE COURT'S JANUARY 8, 2014 ORDER AND DEEMING DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE [#38] RESOLVED

       The Court held a hearing on Defendant ATRS, Inc.'s Motion for an Order to Show Cause or, Alternatively, to Dissolve the Preliminary Injunction on February 26, 2014. **[Docket No. 38, filed February 7, 2014]** Having heard argument on this motion, the Court appreciates the parties' request for clarification of the Court's January 8, 2014, Order Granting Plaintiffs' Amended Motion for Preliminary

Injunction. **[Docket No. 33, filed January 8, 2014]** Accordingly, the Court's January 8, 2014, Order is amended as follows:

**IT IS ORDERED** that the Order **GRANTING** Plaintiffs' Amended Motion for Preliminary Injunction **[Docket No. 33, filed January 8, 2014] REMAINS IN PLACE**.

**IT IS ORDERED** that Defendant ATRS is enjoined from removing any of Plaintiffs' donation bins from any location without prior approval of the Court.

**IT IS ORDERED** that Plaintiffs shall provide the Court with supplements to the list they have submitted noting all locations where they have placed bins, in compliance with the terms discussed at the hearing.

As to Defendant's Motion for Order to Show Cause,

**IT IS ORDERED** that Defendant ATRS's Motion for Order to Show Cause **[Docket No. 38, filed February 7, 2014]** is **DEEMED RESOLVED** as the parties have agreed to the terms of this Order as they relate to the removal of bins and supplemental submissions of lists with Plaintiffs' bin locations to the Court.

**IT IS SO ORDERED**.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: February 28, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2014, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager