## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SOCIETY OF ST. VINCENT DE
PAUL IN THE ARCHDIOCESE
OF DETROIT, a Michigan Nonprofit
Organization, PLANET AID, a
Massachusetts Nonprofit Corporation,
And INSTITUTE FOR INTERNATIONAL
COOPERATION AND DEVELOPMENT,
MICHIGAN, a Michigan Nonprofit Corporation,

        Plaintiffs,

v.                                Case No. 13-CV-14004
                                Honorable Denise Page Hood

AMERICAN TEXTILE RECYCLING
SERVICES, d/b/a ATRS, a Houston
Corporation,

        Defendant.

_____/

## ORDER DEEMING MOOT PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [#41] AND CANCELLING HEARING

The matter having reached a settlement and the terms of the settlement having

been placed on the record,

**IT IS ORDERED** that Plaintiffs' Motion for Partial Summary Judgment

**[Docket No. 41, filed February 25, 2014]** is **DEEMED MOOT**.

**IT IS FURTHER ORDERED** that the Motion Hearing set for May 14, 2014, at 2:00 p.m. is **CANCELLED**.

**IT IS SO ORDERED**.

s/Denise Page Hood
DENISE PAGE HOOD
U.S. DISTRICT COURT JUDGE

Dated: April 4, 2014

I hereby certify that a copy of this order was served upon the attorneys of record on this date, April 4, 2014, by electronic and/or ordinary mail.

s/Holly A. Monda LaShawn R. Saulsberry
Case Manager

2