UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SOCIETY OF ST. VINCENT DE PAUL IN THE ARCHDIOCESE OF DETROIT**, a Michigan nonprofit corporation, **PLANET AID**, a Massachusetts nonprofit corporation, and the **INSTITUTE FOR INTERNATIONAL COOPERATION AND DEVELOPMENT, MICHIGAN**, a Michigan nonprofit corporation,

      Plaintiffs,

v.

**A.T.R.S., INC.**, a Texas corporation, d/b/a American Textile Recycling Services,

      Defendant.

Case No. 2:13-cv-14004
Hon. Denise Page Hood
Magistrate Laurie J. Michelson

---

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

This comes before the Court upon the stipulation of the parties; and the Court otherwise being fully informed in the premises; now therefore:

IT IS HEREBY ORDERED that in accordance with the parties' above stipulation, this matter is DISMISSED WITH PREJUDICE AND WITHOUT COSTS.

                                      s/ Denise Page Hood
                                      DENISE PAGE HOOD
                                      United States District Judge

Dated:  May 19, 2014

2

We hereby stipulate to the entry of this order:

| BROOKS WILKINS SHARKEY & TURCO, PLLC | DALTON & TOMICH PLC |
|---|---|
| By: s/ Jonathan F. Jorissen<br>Jonathan F. Jorissen (P71067)<br>401 S. Old Woodward, Suite 400<br>Birmingham, MI 48009<br>(248) 971-1800<br>jorissen@bwst-law.com<br>Attorneys for Defendant | By: s/ Daniel P. Dalton (w/ consent)<br>Daniel P. Dalton (P44056)<br>719 Griswold Street, Suite 270<br>Detroit, MI 48226<br>(313) 859-6000<br>ddalton@daltontomich.com<br>Attorney for Plaintiffs |

2